# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BARBARA TARRANT, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-13-810-F ) |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On July 1, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation, wherein she recommended that the defendant's final decision to deny plaintiff's application for disability insurance benefits be reversed and that the case be remanded for further administrative proceedings. Magistrate Judge Mitchell advised the parties of their right to object to the Report and Recommendation by July 21, 2014, and further advised the parties that failure to file a timely objection would result in waiver of the right to appellate review of both factual and legal issues therein contained.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell (doc. no. 16) is **ACCEPTED**, **ADOPTED**, and

**AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to the defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED July 23, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0810p002.wpd